JAMES NUCKEL v. BOROUGH OF WALLINGTON.

September 12, 1977. Petition for certification denied.

JOHN J. MAC IVER v.
MOTOR CLUB OF AMERICA COMPANY.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN MOODY.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HORSLEY.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SANDUCCI.

September 12, 1977. Petition for certification denied. (See 150 *N. J. Super.* 400)

STATE v. JOHN ROBBINS.

September 12, 1977. Petition for certification denied.